**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARVIN ALEXANDER BARRIOS, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 07-74435 <br><br> Agency No. A076-371-041 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 5, 2012[**]
Pasadena, California

Before: KOZINSKI, Chief Judge, TROTT and THOMAS, Circuit Judges.

Marvin Alexander Barrios, a native and citizen of Guatemala, petitions for

review of a decision of the Board of Immigration Appeals vacating the

immigration judge's grant of asylum and withholding of removal. Subsequently,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

he was denied relief pursuant to the Convention Against Torture ("CAT").  We deny his petition.

Barrios was neither persecuted nor tortured in Guatemala.  Therefore, he is not entitled to a rebuttable presumption that he will be persecuted in the future should he be returned.  See 8 C.F.R. § 1208.13(b)(1).  In addition, the record does not compel the conclusion (1) that he adequately demonstrated a well-founded fear of future persecution on account of a protected ground, i.e., his membership in a particular social group, (2) that he is a member of a group disfavored in his country, or (3) that it is more likely than not that he would be persecuted should he return.  See INS v. Elias-Zacarias, 502 U.S. 478, 481 n.1, 483-84 (1992); Wakkary v. Holder, 558 F.3d 1049, 1062-64 (9th Cir. 2009).  Substantial evidence supports the Board's final decision and order, including its determination that he is not entitled to CAT protection.

**PETITION DENIED**.